UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DURYEA ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-02294-TWP-MJD |
| ) | |
| PSI OFFICER (name unknown), ) | |
| WILLIAM L. MCCOSKEY AUSA, ) | |
| U.S. ATT'S OFFICE Indianapolis Division, ) | |
| CIRCUIT COURT PUBLISHER (name ) | |
| unknown), et al., ) | |
| ) | |
| Defendants. ) | |

**Entry Dismissing Action and
Directing Entry of Final Judgment**

Plaintiff Duryea Rogers commenced this *Bivens* action on July 6, 2017, asserting claims against defendants because, in a published circuit court opinion, he had been erroneously described as having testified against a co-defendant. When the circuit court's error was brought to its attention, a corrected opinion was released. Not satisfied with the correction, plaintiff brought this action against an unknown pre-sentence investigation officer, the assistant United States Attorney who had prosecuted him, the Indianapolis division of the United States Attorney's Office, and an unknown "Circuit Court Publisher." Plaintiff's complaint was screened pursuant to 28 U.S.C. § 1915A(b) on July 12, 2017. The complaint was dismissed because, for a number of reasons set out in the Court's Entry of that date, dkt. 3, it failed to state a claim upon which relief can be granted.

Plaintiff was allowed through August 15, 2017, in which to show cause why the action should not be dismissed and judgment entered. He was warned that the failure to respond by that deadline would result in this action's dismissal without further notice. While plaintiff has tended

to the fee issues as directed in other Entries, and he has paid the initial partial filing fee, he has not attempted to show cause why this action should not be dismissed.

Accordingly, for the reasons explained in the Court's screening entry of July 12, 2017, this action is **dismissed** with prejudice for failure to state a claim upon which relief can be granted. 28 U.S.C. § 1915A. Judgment consistent with this Entry shall now enter.

**IT IS SO ORDERED**.

Date: 9/18/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Duryea Rogers
11604-028
Pekin Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 5000
Pekin, IL 61555